THE GLENS FALLS PAPER COMPANY, Appellant, *v.* WILLIAM H. WHITE, Respondent.

(Argued June 15, 1880 ; decided June 18, 1880.)

*S. Brown*, for appellant.

*Leon Abbott*, for respondent.

AGREE to dismiss appeal.
No opinion.
All concur.
Appeal dismissed.